```
NANCY CURRY, CHAPTER 13 TRUSTEE
606 SOUTH OLIVE STREET, SUITE 950
LOS ANGELES, CA  90014
(213) 689-3014 FAX (213) 689-3055
```

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| SORENSON, THOMAS WYNNE | ) | CASE NO. 2:11-bk-28920-ER |
| | ) | |
| | ) | **NOTICE OF RESCHEDULED DATE FOR** |
| | ) | **§341(a) MEETING OF CREDITORS** |
| | ) | |
| | ) | |
| | ) | |
| | ) | **New Date:** August 2, 2011 |
| | ) | **Time:**     02:00 PM |
| | ) | **New Place:** 725 S. Figueroa Street |
| Debtor | ) | Room 103 |
| | ) | Los Angeles, CA  90017 |

   PLEASE TAKE NOTICE that the §341(a) meeting of creditors in this case has been **rescheduled** for **August 2, 2011 at the following location:**

**725 South Figueroa Street, Room 103, Los Angeles, CA  90017**.

DATED: July 15, 2011                                           /s/Nancy Curry

NTC Reset 341

**PROOF OF SERVICE OF DOCUMENT**

In Re:  SORENSON, THOMAS WYNNE
Case No. LA 2:11-bk-28920-ER

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

> NANCY CURRY, CHAPTER 13 TRUSTEE
> 606 S. OLIVE STREET, SUITE 950
> LOS ANGELES, CA  90014

The foregoing document described **as NOTICE OF RESCHEDULED DATE FOR §341(a) MEETING OF CREDITORS** will be served  or was served **(a)** on the judge in chambers in the form and manner required by  LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On July 15, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On July 15, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
SORENSON, THOMAS WYNNE
1330 PASEO CIELO
SAN DIMAS, CA 91773

Attorney for Debtor
GREGORY J. DOAN
DOAN LAW, LLP
635 CAMINO DE LOS MARES, #100
SAN CLEMENT, CA 92673-

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on July 15, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 15, 2011 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

NTC Reset 341